UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DERRICK LEE CARDELLO-SMITH
   Plaintiff,

Vs

SEAN COMBS, et al,
   Defendant,
_____/

RECEIVED
SDNY PRO SE OFFICE

2024 NOV 13 PM 2:37
Case No 2:24-cv-11237
HONORABLE BRANDY MCMILLION

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOTHERN DISTRICT OF NEW YORK AS THE COURT OF CORRECT JURISDICTION FOR CIVIL ACTION FILED

Plaintiff, Derrick Lee Cardello-Smith, respectfully states that this Action is hereby Removed to the Correct Court of Jurisdiction and said Jurisdiction being in the following Court:
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF NEW YORK
500 PEARL STREET-Room 120
NEW YORK, NEW YORK 10007

The removal is based on the following Factors and Statements herein below.

1. The Case has been filed as a Breach of Contract by the Defendant(s) and primarily, Sean Combs.
2. Defendant Sean Combs resides in the State of New York.
3. The Court for New York has Specific Personal Jurisdiction over Defendant Sean Combs Pursuant to 28 U.S.C.§ 1332.
4. The New York Court has Jurisdiction because this Case is between Citizens of Different States.
5. Plaintiff states that the Amount in controversy exceeds $75,000.00.

5. TOhe New York Court has more specific jurisdiction over Defendant Sean Combs as he not only resides currently in New York, but the Acts of the Contract Signing took place in New York as well as Michigan, giving the New York court Jurisdiction.

6. venue is Also proper in New York as that some of the omissions giving ruse to the claims occurred and fall within the District of New York as well as Michigan.

7. Plaintiff also signed One of the Multiple Contracts in dispute and Controversy in the State of New York and also, Defendant Sean Combs Signed the Co-Plaintiffs Documents and Contract in New York as well, giving the New York Court Jurisdiction over this Matter.

As such, the Plaintiff hereby gives notice to the District or Michigan and is a Multi-Jurisdiction Matter and should be transferred to the US District Court for the Southern District of New York.

This matter also is within the Courts Authority to transfer this Case to the District of New York and is therefore asked and Notice to be removed to the Court of New York in accordance with the Federal Rules of Civil Procedure and Transferring of Cases.

## RELIEF SOUGHT

Wherefore, this Case is removed from the Eastern District of Michigan and Transferred to the Southern District of New York.

Thank you for your time in this matter.

Respectfully Yours,

[signature]

Mr. Derrick Lee Cardello-Smith                        11-7-24
Plaintiff in Pro Per
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

2

Derrick Lee Cardelle-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

November 7, 2024

Clerk of the Court
Southern District of New York
500 Pearl Street-Room 120
New York, New York 10007

Derrick Lee Cardelle-Smith vs. Sean Combs
   Case no 2:24-cv-12737

Dear Clerk:

Please find enclosed the following documents for placement and action by the Clerks Office.

1. NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AS THE COURT OF CORRECT JURISDICTION FOR CIVIL ACTION FILED.

PROOF OF SERVICE

Please notify me when the Clerks office has processed this Pleading and Transferred the Case.

Thank you for your time.

Derrick Lee Cardelle-Smith

NAME: Mr. Derrick Lee Cardelle-Smith
Number: #267009
Address: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 11-7-24

RECEIVED
SDNY PRO SE OFFICE
2024 NOV 13 PM 2:49

GRAND RAPIDS MI 493
8 NOV 2024 PM 6 L

Office of the Clerk
United States District Court
for the Southern District of New York
500 Pearl Street-Room 120
New York, New York 10007

USM4P
SDNY

10007-13098