ECF,PRO−SE,PRO−SE−REVIEW,PSA−Benson,SUA−SPONTE

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24−cv−08738−LTS

Cardello−Smith v. Combs

Assigned to: Judge Laura Taylor Swain

Cause: 28:1441nr Notice of Removal

Date Filed: 11/13/2024

Jury Demand: None

Nature of Suit: 560 Prisoner Petitions: Civil Detainee: Conditions of Confinement

Jurisdiction: Federal Question

**Plaintiff**

**Derrick Lee Cardello−Smith**

represented by **Derrick Lee Cardello−Smith**
ID: 267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegen, MI 49444
PRO SE

V.

**Defendant**

**Sean Combs**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2024 | Ï 1 | NOTICE OF REMOVAL from Eastern District of Michigan. Document filed by Derrick Lee Cardello−Smith. (sac) (Entered: 11/25/2024) |
| 11/13/2024 | Ï | Case Designated ECF. (sac) (Entered: 11/25/2024) |
| 11/20/2024 | Ï 4 | LETTER from Derrick Lee Cardello−Smithdated 11/7/2024 re: Proof of Service of Notice of Removal. Document filed by Derrick Lee Cardello−Smith. (sac) (Entered: 11/27/2024) |
| 11/25/2024 | Ï 2 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24−MISC−127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the |

| | | |
|---|---|---|
| | | parties' attention to this order shall be docketed (and mailed to any self–represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 03/18/2024) (sac) (Entered: 11/25/2024) |
| 11/25/2024 | Ï | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self–represented party who has not consented to electronic service, the filing party must serve the document on such self–represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information. (sac) (Entered: 11/25/2024) |
| 11/25/2024 | Ï | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 11/25/2024) |
| 11/25/2024 | Ï 3 | ORDER: The Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of Michigan. Whether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court. A summons shall not issue from this Court. This order closes the case in the Southern District of New York. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). (Signed by Judge Laura Taylor Swain on 11/25/2024) (tro) Transmission to Office of the Clerk of Court for processing. (Entered: 11/26/2024) |
| 11/26/2024 | Ï | MAILING RECEIPT: Document No: 2. Mailed to: Derrick Lee Cardello–Smith ID:267009 E.C. Brooks Correctional Facility 2500 S. Sheridan Drive Muskegen, MI 49444. (ak) (Entered: 11/26/2024) |
| 11/27/2024 | Ï | MAILING RECEIPT: Document No: 3. Mailed to: Derrick Lee Cardello–Smith ID:267009 E.C. Brooks Correctional Facility 2500 S. Sheridan Drive Muskegen, MI 49444. (ak) (Entered: 11/27/2024) |