UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Derrick Lee Cardello-Smith,

                Plaintiff(s),                Case No. 24-cv-13245

v.                                          Honorable Matthew F. Leitman

Sean Combs,                          Magistrate Judge Curtis Ivy, Jr.

                Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No. __24-cv-12737__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Brandy R. McMillion__ and Magistrate Judge __David R. Grand__.

                                                      s/Matthew F. Leitman
                                                      Matthew F. Leitman
                                                      United States District Judge

                                                      s/Brandy R. McMillion
                                                      Brandy R. McMillion
                                                      United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: __PRISONER__

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __December 17, 2024__                        s/ S Schoenherr
                                                 Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Brandy R. McMillion